UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 11-11813-RWZ


ARMAND A. ANDREOZZI

v.

JEFFREY GRONDOLSKY

<u>ORDER</u>

October 1, 2012

ZOBEL, D.J.

In response to the court's order dated July 19, 2012 (Docket # 21), allowing

defendant's motion to dismiss the complaint and granting leave to plaintiff to file an

amended complaint, plaintiff has filed a document styled "Amended Complaint" that

adds a number of claims and defendants. In the same document he also again moves

for the appointment of counsel.

Plaintiff's pro se pleadings are to be construed liberally. As such, the "Amended

Complaint" will be deemed to incorporate the factual allegations of plaintiff's original

petition for writ of mandamus (Docket # 1) and response (Docket # 6).

The document includes a certificate of service on the U.S. Attorney's office in

Boston, MA, which represents defendant Grondolsky. There is no suggestion of service

on the added defendants. Nonetheless, the government shall file a responsive motion

or pleading by October 26, 2012.

Plaintiff's motion for the appointment of counsel is denied.

    October 1, 2012                        /s/Rya W. Zobel         

      DATE                             RYA W. ZOBEL

UNITED STATES DISTRICT JUDGE