UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11813-RWZ

ARMAND A. ANDREOZZI

v.

JEFFREY GRONDOLSKY

ORDER

October 1, 2012

ZOBEL, D.J.

In response to the court's order dated July 19, 2012 (Docket # 21), allowing defendant's motion to dismiss the complaint and granting leave to plaintiff to file an amended complaint, plaintiff has filed a document styled "Amended Complaint" that adds a number of claims and defendants. In the same document he also again moves for the appointment of counsel.

Plaintiff's pro se pleadings are to be construed liberally. As such, the "Amended Complaint" will be deemed to incorporate the factual allegations of plaintiff's original petition for writ of mandamus (Docket # 1) and response (Docket # 6).

The document includes a certificate of service on the U.S. Attorney's office in Boston, MA, which represents defendant Grondolsky. There is no suggestion of service on the added defendants. Nonetheless, the government shall file a responsive motion or pleading by October 26, 2012.

Plaintiff's motion for the appointment of counsel is denied.

|   October 1, 2012   |   /s/Rya W. Zobel   |
|---|---|
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE